UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
E. MISHAN & SONS, Inc.,                       )
                                              )      10 CIV 4931 (DAB)
        Plaintiff,                  )      ECF
                                              )
        v.                          )      **Rule 7.1 Statement**
                                              )
HOMELAND HOUSEWARES LLC,                      )
                                              )
        Defendant.                  )
----------------------------------------------------------------- x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Homeland Housewares LLC certifies that Homeland Housewares LLC's parent company is Capital Brands, LLC.  No publicly-held corporation owns 10% or more of the shares of either Capital Brands, LLC or Homeland Hosuewares LLC.

Dated: New York, New York
       August 5, 2010

                              Kramer Levin Naftalis & Frankel LLP

                              By       s/Harold P. Weinberger
                                   Harold P. Weinberger (HW-3240)
                                   Jeremy A. Cohen (JC-6602)
                                   1177 Avenue of the Americas
                                   New York, New York 10036
                                   (212) 715-9100

                                   Attorneys for Defendant Homeland
                                   Housewares, LLC

KL3 2788463.1