UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

E. MISHAN & SONS,  ) No. 10 Civ. 4931-SC
                   )
         Plaintiff,) VERDICT
                   )
     -against-     )
                   )
DEFENDANT HOUSEWARES LLC, )
                   )
         Defendant.)

---

We, the jury, unanimously find as follows:

1.  Has Plaintiff satisfied the Statute of Frauds?

    Yes    No _____

*If you answered "Yes" to Question 1, proceed to the next question. If you answered "No," have the foreperson sign, date, and return this verdict form.*

///
///
///

1

2. Has Plaintiff proven each and every element of its claim for breach of contract by a preponderance of the evidence?

   Yes ____   No ✓

*If you answered "Yes" to Question 2, proceed to the next question. If you answered "No," have the foreperson sign, date, and return this verdict form.*

3. What damages, if any, do you award Plaintiff?

   $ _____

So say we all.

Dated: *Nov. 4, 2013*

Signed: *[signature]*
       Foreperson